NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CAPTAIN ROSS E. JOSLYN,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5080

---

Appeal from the United States Court of Federal Claims in case no. 08-CV-925, Chief Judge Emily C. Hewitt.

---

**ON MOTION**

---

## ORDER

The United States moves for a 30-day extension of time, until November 12, 2010, to file its brief. Captain Ross E. Joslyn moves for leave to file a corrected opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. No further extensions should be anticipated.

FOR THE COURT

___**OCT 1 8 2010**___
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Michael D.J. Eisenberg, Esq.
    James P. Connor, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

**OCT 1 8 2010**

**JAN HORBALY**
**CLERK**